UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:24-cv-0328 CKD P |
| Petitioner, | |
| v. | ORDER |
| SHERIFF, SACRAMENTO COUNTY, | |
| Respondent. | |

Petitioner, a Sacramento County pretrial detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 18, 2024, petitioner filed a second § 2241 petition and request to proceed in forma pauperis. Those documents were filed in this action. Because it appears that petitioner's intent was to file a separate action, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall open a new case and file documents no. 5 and 6 therein along with a copy of this order.

/////

/////

/////

/////

/////

1

2. The Clerk of the Court shall change the name of document 5 to "Petition for Writ of Habeas Corpus."

Dated: February 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jame0328.nc