UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF, SACRAMENTO COUNTY,<br><br>Respondent. | No. 2:24-cv-00520-DJC-EFB (PC)<br><br><br><br>ORDER |

Petitioner requested an extension of time to file objections to the findings and recommendations issued on November 12, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 9) is granted; and

2. Petitioner shall file objections to the findings and recommendations within 21 days from the date of this order.

Dated: December 9, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1